# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEPHEN LAW,

Appellant,

vs.

PING YAN,

Respondent.

No. 73407

FILED

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ____S. Young____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order affirming a justice court decision on a small claims matter. Eighth Judicial District Court, Clark County; Timothy C. Williams, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-25236

cc: Hon. Timothy C. Williams, District Judge
Stephen Law
Ryan Alexander, Chtd.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A